*Mr. J. W. James,* for Appellants.

---

No. 1,952.—KLEESATTLE, RESPONDENT, *v.* ROEHL, ET AL., APPELLANTS.

*Appeal from District Court, Cascade County; J. B. Leslie, Judge.*

On motion to dismiss appeal.

Decided October 9, 1903.

PER CURIAM.—The motion to dismiss the appeal herein is hereby sustained, and the appeal is accordingly dismissed.

*Messrs. Greene & Cockrill,* for Appellants.

*Mr. John W. Stanton,* for Respondent.